ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff THANH VO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VO, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CRONIN PROPERTY INVESTMENTS, INC, a California corporation;<br><br>　　　　Defendants. | Case No.:  8:19-cv-00544-JVS-DFM<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. James V. Selna *presiding*] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its

own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: July 02, 2019

_____
Judge, United States District Court,
Central District of California